Andrew G. Gunem (SBN 354042)
STRAUSS BORRELLI PLLC
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
agunem@straussborrelli.com

*Attorneys for Plaintiff and the Proposed Class*

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **SIOBHAN GALLAGHER**, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**PATELCO CREDIT UNION**,<br><br>Defendant. | Case No. 4:24-cv-04127-JCS<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff SIOBHAN GALLAGHER hereby gives notice that her claims in this action against Defendant PATELCO CREDIT UNION are hereby voluntarily dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

Dated: July 30, 2024        By:   <u>/s/ Andrew G. Gunem</u>
                                                    Andrew G. Gunem (SBN 354042)
                                                    STRAUSS BORRELLI PLLC
                                                    980 N Michigan Avenue, Suite 1610
                                                    Chicago, Illinois 60611
                                                    Telephone: (872) 263-1100
                                                    Facsimile: (872) 263-1109

agunem@straussborrelli.com

*Attorneys for Plaintiff and the Proposed Class*